# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JON ROBERT OLIVER, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-111 |
| | * | |
| v. | * | |
| | * | |
| GREGORY C. DOZIER; and WARDEN TOMMY BOWDEN, | * | |
| | * | |
| Respondents. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 22. Petitioner Jon Oliver ("Oliver") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent Gregory Dozier's unopposed Motion to Dismiss, **DISMISSES** Dozier as a named Respondent, **GRANTS** Respondent Tommy Bowden's Motion to Dismiss, and **DENIES as moot** Oliver's 28 U.S.C. § 2254 Petition. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

The Court **DENIES** Oliver *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 26 day of May, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)